# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Novo Nordisk Inc. <br> *Plaintiff* <br> v. <br> Dunklau Pharmacy Holdings, LLC d/b/a Midtown Express Pharmacy, et al. <br> *Defendant* | Civil Action No. 3:24-cv-00667 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Hank, LLC d/b/a 247 Health
1402 3rd Avenue N
Nashville, TN 37208-2708

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven A. Riley
Milton S. McGee, III
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/30/24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dr Hauk llc**
was received by me on *(date)* **5/30/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **Registad Agent (Shaue Whaley) Dr Hauk llc**, who is designated by law to accept service of process on behalf of *(name of organization)* **Dr Hauk llc** **In person by my hand at 1402 3rd ave North Nashville TN 37208** on *(date)* **5/30/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **120.00**.

I declare under penalty of perjury that this information is true.

Date: **may 30 2024**

Server's signature

**Bradley Hoffen Process Server**
*Printed name and title*

**1777 16th ave South #73 Nashville TN 37212**
*Server's address*

Additional information regarding attempted service, etc: