**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **NOVO NORDISK, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-CV-00667** |
| | ) | |
| **DUNKLAU PHARMACY HOLDINGS, LLC,** | ) | **Judge William L. Campbell, Jr.** |
| **D/B/A MIDTOWN EXPRESS PHARMACY;** | ) | **Magistrate Judge Jeffery S. Frensley** |
| **DR. HANK, LLC, D/B/A 247 HEALTH** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeff H. Gibson, of the law firm of Bass, Berry & Sims PLC,

hereby enters his appearance as counsel of record for Defendant Dunklau Pharmacy Holdings,

LLC d/b/a Midtown Express Pharmacy ("Midtown") in the above matter.


DATED: August 8, 2024               Respectfully Submitted,

                                    /s/ *Jeffrey H. Gibson*
                                    Jeffrey H. Gibson (TN Bar No. 026321)
                                    Brian F. Irving (TN Bar No. 033945)
                                    **Bass, Berry & Sims PLC**
                                    150 Third Avenue South, Suite 2800
                                    Nashville, TN 37201
                                    (615) 742-6200
                                    jgibson@bassberry.com
                                    birving@bassberry.com

Philip Brinson, BPR #36488
Alyssa N. Wright, BPR #36750
Gordon Rees Scully Mansukhani LLP
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
Phone: (615) 772-9000
prbrinson@grsm.com
awright@grsm.com

*Attorneys for Defendant Dunklau Pharmacy Holdings,
LLC d/b/a Midtown Express Pharmacy*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of August 2024, the foregoing was served by U.S. Mail and email on the following:

Daniel Beasley
General Counsel
Savage Ventures, LLC
1402 3rd Ave N
Nashville, TN 37208
dan@savage.ventures

The undersigned hereby certifies that on this 8th day of August 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Steven A. Riley
Milton S. McGee, III
Joseph K. Robinson
RILEY & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com
jrobinson@rjfirm.com

Michael X. Imbroscio
Amee Frodle
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
mimbroscio@cov.com
afrodle@cov.com

Gregory L. Halperin
COVINGTON & BURLING LLP
The New York Times Building,
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1166
ghalperin@cov.com

*/s/ Jeffrey H. Gibson*