# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

NOVO NORDISK INC.

      Plaintiff,

    v.

DUNKLAU PHARMACY HOLDINGS, LLC,
D/B/A MIDTOWN EXPRESS PHARMACY;
DR. HANK, LLC, D/B/A 247 HEALTH

      Defendants.

Case No. 3:24-cv-00667
Chief Judge William Campbell
Magistrate Judge Jeffery S. Frensley

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT AND DISMISSAL

Plaintiff Novo Nordisk Inc. ("Novo"), and Defendant Dr. Hank, LLC d/b/a 247 Health ("Dr. Hank"), by and through their respective undersigned counsel, hereby file this Joint Motion for Entry of Final Judgment and Permanent Injunction On Consent, pursuant to the Federal Rules of Civil Procedure and the Settlement Agreement between the Parties. In support thereof, Plaintiff states as follows:

1. Novo filed this action on May 30, 2024, alleging, among other things, that Dr. Hank LLC was unlawfully marketing and selling compounded "semaglutide" to consumers in Tennessee. *See generally* Compl., at ECF No. 1.

2. The Parties have reached a settlement agreement to resolve Novo's claims asserted against Dr. Hank LLC in the Complaint.

3. With this Settlement Agreement the Parties stipulated to the entry of a Permanent Injunction against Dr. Hank LLC and a Final Judgment to resolve all issues between

Novo and Dr. Hank LLC. The stipulated Final Judgement and Permanent Injunction on Consent is attached hereto as Exhibit A.

4. The Parties respectfully request that this Court enter the Final Judgment and Permanent Injunction on Consent and maintain jurisdiction as necessary to enforce the terms of the Settlement Agreement and the Permanent Injunction.

Dated: 8/9/2024

Respectfully Submitted,

/s/ Steven A. Riley
Steven A. Riley (TN Bar No. 6258)
Milton S. McGee, III (TN Bar No. 24150)
Joseph K. Robinson (TN Bar No. 40440)
RILEY & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com
jrobinson@rjfirm.com

Michael X. Imbroscio (*admitted pro hac vice*)
Amee Frodle (*admitted pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
mimbroscio@cov.com
afrodle@cov.com

Gregory L. Halperin (*admitted pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building,
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1166
ghalperin@cov.com

/s/ Daniel T. Beasley w/permission
Daniel T. Beasley (TN Bar No. 027091)
1402 Third Avenue North
Nashville, TN 37208

*Counsel for Defendant Dr. Hank, LLC*

*Attorneys for Plaintiff*
*NOVO NORDISK INC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on August 9, 2024, and the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Steven A. Riley*