# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NOVO NORDISK, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-CV-00667 |
| ) | |
| DUNKLAU PHARMACY HOLDINGS, LLC, ) | Judge William L. Campbell, Jr. |
| D/B/A MIDTOWN EXPRESS PHARMACY; ) | Magistrate Judge Jeffery S. Frensley |
| DR. HANK, LLC, D/B/A 247 HEALTH ) | |
| ) | |
| Defendants. ) | |

## **JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

The Initial Case Management Conference scheduled on August 20, 2024, was continued by Order of the Court (Doc No. 31) to September 11, 2024, to allow the parties to engage in further discussions regarding potential resolution. The parties have since continued to make progress toward resolution, and believe it is in the best interests of the parties and judicial economy to further continue the Initial Case Management Conference to allow those discussions to proceed. Accordingly, the parties request that the Court order a two-week continuance of the Initial Case Management Conference to September 25, 2024, or such other date as the Court prefers.

DATED: September 10, 2024

Respectfully submitted,

*/s/ Brian F. Irving*
Jeffrey H. Gibson (TN Bar No. 026321)
Brian F. Irving (TN Bar No. 033945)
**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
jgibson@bassberry.com
birving@bassberry.com
Philip Brinson, BPR #36488
Alyssa N. Wright, BPR #36750
Gordon Rees Scully Mansukhani LLP
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
Phone: (615) 772-9000
prbrinson@grsm.com
awright@grsm.com

*Attorneys for Defendant Dunklau Pharmacy Holdings, LLC d/b/a Midtown Express Pharmacy*

By: */s/ Steven A. Riley*
Steven A. Riley (TN Bar No. 6258)
Milton S. McGee, III (TN Bar No. 24150)
Joseph K. Robinson (TN Bar No. 40440)
RILEY & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com
jrobinson@rjfirm.com

Michael X. Imbroscio (*pro hac vice*)
Amee Frodle (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
mimbroscio@cov.com

2

afrodle@cov.com

Gregory L. Halperin (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building,
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1166
ghalperin@cov.com

***Attorneys for Plaintiff***
***NOVO NORDISK INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of September 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Steven A. Riley
Milton S. McGee, III
Joseph K. Robinson
RILEY & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com
jrobinson@rjfirm.com

Michael X. Imbroscio
Amee Frodle
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
mimbroscio@cov.com
afrodle@cov.com

Gregory L. Halperin
COVINGTON & BURLING LLP
The New York Times Building,
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1166
ghalperin@cov.com

*/s/ Brian F. Irving*

4

Case 3:24-cv-00667    Document 33    Filed 09/10/24    Page 4 of 4 PageID #: 166